UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                    Case No: 08-10792

DONALD L MARTEL
And NANCY A. MARTEL,

      Debtors.
_____/

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**
Pursuant to Local Rule 2.19A, the Court will consider this pleading without further notice or hearing UNLESS a party in interest files an objection within 30 days from the service of this pleading. If you object to the relief requested herein, you must file your objection with the Clerk of the Court at 135 W. Central Blvd., Ste 950, Orlando, FL 32801 and serve a copy of on the undersigned at the address set forth below. If you file and serve an objection within the time permitted, the court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested herein, will proceed to consider this pleading without further notice of hearing and may grant the relief requested.

## VERIFIED MOTION TO STRIP LIEN OF SAXON MORTGAGE AND FOR DETERMINATION THAT CLAIM IS UNSECURED

      Comes now the Debtor by and through the undersigned counsel and files this Verified Motion to Strip Lien of Saxon Mortgage and for Determination that Claim is Unsecured, and in support thereof would state as follows:

    1.    Saxon Mortgage has a home equity security in the amount of approximately $101,868.00 which liens the following owned by Debtor:

        Hunters Creek Tract 125 Pb35 Pg51 Lot 63
        14315 Sports Club Way, Orlando, FL 32837

    2.    Debtors believe that the fair market value for collateral to be $305,000.00.

(An appraisal is attached herein as Exhibit A)

3.  Debtor has a first mortgage in the approximate amount of $312,735.85. Therefore, there is no equity for which Saxon Mortgage can attach to and should be treated as an unsecured claim.

I have read the foregoing and it is true and correct to the best of my information, knowledge and belief this 17th day of MAY, 2009.

*Donald Martel*
DONALD MARTEL

*Nancy A Martel*
NANCY MARTEL

WHEREFORE, Debtors request this Honorable Court for its Order stripping the lien rights of Saxon Mortgage and to determine that the claim shall be treated as unsecured, and such other relief that may be just and proper in the circumstances.

A true and correct copy of the foregoing has been sent by U.S. Mail or by electronic transmission to ECF users this 19th day of May 2009 to: Laurie K. Weatherford, Trustee, P.O. Box 3450, Winter Park, Florida 32790; Debtor: 14315 Sports Club Way, Orlando, FL 32837 and to Saxon Mortgage, 4708 Mercantile Drive, Fort Worth, TX 76137, Attn. President, Officer, Manager, Managing Agent, where creditor routinely does business.

/s/ David L. Robold
David L. Robold, Esquire
Attorney for the Debtors
Fla. Bar No.: 0083542
Roberts & Robold, P.A.
823 Irma Avenue
Orlando, FL 32803

(407) 426-6999
(407) 872-2266 fax