UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                          Case No: 08-10792

DONALD L MARTEL
And NANCY A. MARTEL ,

    Debtors.
_____/

**ORDER GRANTED VERIFIED MOTION TO STRIP LIEN OF SAXON MORTGAGE (Claim No. 1) AND FOR DETERMINATION THAT CLAIM IS UNSECURED**
**Related Document 27**

THIS CAUSE having come before the Court without a hearing upon the Debtor's Verified Motion to Strip Lien of Saxon Mortgage and for Determination that Claim is Unsecured; the Court having reviewed the Court file and the Debtor's said Motion, and the Court having otherwise been duly advised in the premises, it is hereby:

ORDERED AND ADJUDGED:

1. That the Debtor's Motion to Strip Lien of Saxon Mortgage (Document 27), hereby granted.

2. Creditor, Saxon Mortgage, has a mortgage lien on the debtors' homestead located at 14315 Sports Club Way, Orlando, FL 32837.

3. Claim Number 1 filed by Saxon Mortgage shall be treated as an unsecured claim in this Chapter 13 case.

4. Upon entry of a discharge, the Lien is avoided and extinguished automatically without further order; provided, however, if the debtors fail to make all required

1

payments and no discharge is entered, the Lien shall survive and remain fully enforceable.

DONE AND ORDERED in Orlando, Florida on this the 21st day of October 2009.

/s/ Arthur B. Briskman
ARTHUR B. BRISKMAN
United States Bankruptcy Judge

Copies to:

Laurie K. Weatherford, Trustee, P. O. Box 3450, Winter Park, Florida 32790;

Debtor: 14315 Sports Club Way, Orlando, FL 32837

Saxon Mortgage, 4708 Mercantile Drive, Fort Worth, TX 76137, Attn. President, Officer, Manager, Managing Agent, where creditor routinely does business.